| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hoffman, Carl W. | 2. Court or Organization District of Nevada | 3. Date of Report 07/01/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, Full Time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Lloyd George Federal Courthouse
333 Las Vegas Boulevard Rm 3014
Las Vegas, Nevada 89101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Nevada Public Employee Retirement System | $58,723.84 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Clark County School District - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Specialized Loan Services | Mortgage, Property #1, Las Vegas, Nevada (VIIA, line 3) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash Account | A | Interest | K | T | | | | | |
| 2. Silver State Credit Union Cash Account | A | Interest | J | T | | | | | |
| 3. Property #1, Las Vegas, Nevada | E | Rent | N | W | | | | | |
| 4. Property #2, Las Vegas, Nevada | | None | | | Sold | 01/05/18 | M | A | |
| 5. Property #3, Brunswick County, NC | | None | L | W | | | | | |
| 6. Property #4, Lafollette, TN | | None | K | W | | | | | |
| 7. Pimco All Assets All Authority | A | Int./Div. | | | Closed | 02/23/18 | J | A | |
| 8. Pimco Low Duration | A | Int./Div. | | | Closed | 02/23/18 | J | A | |
| 9. Pimco 2040 (x) | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 10. (H) VOYA (Mut Fund),(457 Plan)(5 funds) (H) | | | | | | | | | |
| 11. -Templeton Global Bond Fund | D | Int./Div. | K | T | | | | | |
| 12. -Pimco VIT Real Return Portfolio | D | Int./Div. | K | T | | | | | |
| 13. -Voya Global Advantage | A | Int./Div. | J | T | | | | | |
| 14. -Voya Large Cap Value | D | Int./Div. | K | T | | | | | |
| 15. -Voya True Price Cap Appreciation | A | Int./Div. | K | T | | | | | |
| 16. (H) TIAA CREF (Mutual Fund)(457 Plan(5 funds)(H) | | | | | | | | | |
| 17. -CREF Stock | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CREF Growth | A | Int./Div. | J | T | | | | | |
| 19. -CREF Bond Market | A | Int./Div. | J | T | | | | | |
| 20. -CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 21. -CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 22. Fidelity Investments Freedom 2020 (Mutual Fund)(457 plan) | B | Int./Div. | M | T | | | | | |
| 23. USAA Exempt Long Term (Mutual Fund) | B | Int./Div. | L | T | | | | | |
| 24. First Eagle Gold Fund Class C (Mutual Fund) | A | Int./Div. | J | T | | | | | |
| 25. T Rowe Price Blue Chip Growth (Mutual Fund) | C | Int./Div. | M | T | Sold (part) | 05/17/18 | K | C | |
| 26. T Rowe Price International Discovery (Mutual Fund) | B | Int./Div. | K | T | | | | | |
| 27. T Rowe Price Capital Appreciation (Mutual Fund) | D | Int./Div. | M | T | | | | | |
| 28. T Rowe Price Retirement 2030 (Mutual Fund) | D | Int./Div. | M | T | Buy (add'l) | 04/23/18 | J | | |
| 29. | | | | | Buy (add'l) | 05/17/18 | K | | |
| 30. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 31. T Rowe Price Retirement 2020 (Mutual Fund) | B | Int./Div. | K | T | Sold (part) | 04/23/18 | J | A | |
| 32. | | | | | Sold (part) | 06/14/18 | J | A | |
| 33. | | | | | Sold (part) | 12/26/18 | J | A | |
| 34. (H) VALIC Funds (6 Mutual Funds below) (H) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Short Term Fixed Fund | A | Int./Div. | J | T | | | | | |
| 36. -Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 37. -Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 38. -Mid Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 39. -Science and Technology Fund | A | Int./Div. | J | T | | | | | |
| 40. -Asset Allocation Fund | A | Int./Div. | J | T | | | | | |
| 41. (H) Lucia Capital Group IRA (H) | | | | | | | | | |
| 42. -RBC Insured Deposit | A | Int./Div. | J | T | | | | | |
| 43. -Health Care Select Sector SPDR Fund | A | Int./Div. | J | T | | | | | |
| 44. -SHS Ben Int Energy | A | Int./Div. | J | T | | | | | |
| 45. -Financial Select Sector SPDR Fund | A | Int./Div. | J | T | | | | | |
| 46. -Technology Select Sector SPDR Fund | A | Int./Div. | J | T | | | | | |
| 47. -Real Estate Select Sector SPDR Fund | A | Int./Div. | J | T | | | | | |
| 48. TIAA-CREF TRoePrice Ret 2040 (Mutual Fund)(457 Plan) | A | Int./Div. | L | T | | | | | |
| 49. Silver State Roth IRA Cash Equivalent | A | Int./Div. | J | T | | | | | |
| 50. (H) Vanguard Mutual Funds (7 Funds Below) (H) | | | | | | | | | |
| 51. -Prime Money Markewt Mutual Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wellington Mutual Fund | D | Int./Div. | L | T | Sold (part) | 05/17/18 | M | D | |
| 53. -Equity Income Mutual Fund | E | Int./Div. | M | T | | | | | |
| 54. -Intermediate Tax Exempt Mutual Fund | A | Int./Div. | | | Sold (part) | 05/17/18 | J | A | |
| 55. | | | | | Closed | 05/17/18 | K | A | |
| 56. -Small Cap Mutual Fund | B | Int./Div. | K | T | Buy (add'l) | 05/17/18 | K | | |
| 57. -Target Retirement 2035 Mutual Fund | E | Int./Div. | O | T | Buy (add'l) | 03/29/18 | J | | |
| 58. | | | | | Buy (add'l) | 05/17/18 | M | | |
| 59. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 60. -Emerging Markets Stock Index Mutual Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Carl W. | 07/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Line 1, new mortagage servicer, changed from Wells Fargo to Specialized Loan Services

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Carl W. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544